No. 3197.—STATE OF LOUISIANA v. GEORGE W. CLARK, alias BIOSSAT.

The objection by the accused that he was not served with a true copy of the venire and indictment, is not good ground for a motion in arrest of judgment.

APPEAL from the Ninth District Court, parish of Rapides. Osborn, J. S. Belden, Attorney General, for the State. M. Ryan and W. A. Seay, for defendant and appellant.

HOWE, J. The defendant, having been indicted and tried for murder, found guilty without capital punishment and sentenced to hard labor for life, has appealed. There are no bills of exceptions in the record, nor any assignment of error. There appears to have been a motion filed in arrest of judgment. What disposition was made of it, does not distinctly appear and perhaps in strictness it might be deemed to have been abandoned. However, granting that it was urged and overruled, we see no error in the judgment. The motion was founded on the allegation that the prisoner was not served with a

State v. Clark, alias Biossat.

true copy of the *venire* and indictment. This was no ground for a motion in arrest. 8 Rob. 513. The record shows that the prisoner was duly served with copy of indictment and *venire* and does not show that he made any complaint in such form that we can pass upon it, until after conviction. 6 An. 690; 12 An. 679; 14 An. 667.

Judgment affirmed.